ACCEPTED
01-15-00393-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 10:48:31 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00393-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/7/2015 10:48:31 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 1389139
In the 228th Criminal District Court
Of Harris County, Texas

————————◆————————

CHRISTOPHER ERNEST BRAUGHTON
*Appellant*
V.
THE STATE OF TEXAS
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, appellee, by and through the undersigned Assistant District Attorney, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for

extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 228th Criminal District Court of Harris County, Texas, in cause number 1389139, the State charged appellant by indictment with the felony offense of murder in *The State of Texas v. Christopher Ernest Braughton.*

2. A jury found appellant guilty of murder as charged in the indictment and assessed appellant's punishment at confinement in the Texas Department of Criminal Justice, Correctional Institutions Division, for twenty years.

3. On February 11, 2015, the trial court sentenced appellant in accordance with the jury's verdict and, on February 12, 2015, the court certified appellant's right to appeal. The trial court also entered an affirmative deadly weapon finding in the court's written judgment of conviction and sentence.

4. Appellant filed a motion for new trial on March 9, 2015.

5. Appellant timely filed written notice of appeal on April 16, 2015.

6. Appellant filed his appellate brief with this Court on October 5, 2015.

7. The State's appellate brief is due on December 7, 2015.

8. This is the State's second request for an extension.

9. The State requests that this Court extend the timeframe for the State to file its appellate brief to January 7, 2016.

10. The facts relied upon to explain the need for this extension are:

a. The undersigned attorney was recently assigned to this case, after the attorney originally assigned to this case transferred to another division in the Harris County District Attorney's Office.

b. During the timeframe allowed for researching and preparing the State's appellate brief for this case, the undersigned attorney has also been responsible for researching and preparing the State's appellate briefs in the following cases that are also assigned to her:

   i. *Juan Mendoza v. State of Texas*; No. 14-15-00537-CR

   ii. *Darius Houston-Randle v. State of Texas*; No. 14-15-00272-CR

   iii. *Genaro Tamayo v. State of Texas*; No. 14-15-00141-CR

   iv. *Alicia Correa v. State of Texas*; No. 01-14-00849-CR

c. The undersigned attorney has been responsible for responding to numerous questions and requests for assistance from prosecutors in the Trial Bureau of the Harris County District Attorney's Office regarding matters which were time-sensitive and critical for cases currently in trial.

d. And, finally, the undersigned attorney has been assigned to a Harris County District Attorney's Office investigative team which, in coordination with the Texas Rangers and with the Houston Police Department, is tasked with investigating the alleged sale of human

tissue and organs at Planned Parenthood Gulf Coast. The investigation has been time-consuming, involving numerous meetings and travel to Austin and Fort Worth, and thus has substantially added to the undersigned attorney's workload.

11. Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted, despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause.

12. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the State an extension of time, until January 7, 2016, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar No. 24053741
1201 Franklin Street, Suite 600

Houston, Texas 77002
Telephone (713) 274-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that the undersigned counsel has directed the e-filing system eFile.TXCourts.gov to serve a true and correct copy of the foregoing document to Niles Illich, appellant's attorney of record on appeal, on December 7, 2015, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

Niles@appealstx.com

/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar Number: 24053741
1201 Franklin Street, Suite 600
Houston, Texas 77002
Telephone (713) 274-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net